# EXHIBIT A

SUPREME COURT
STATE OF NEW YORK
COUNTY OF STEUBEN

Index No.:____________________

In the Matter of the Claim of Notice of Claim
JOHN SENKA
CAROLA DANCE
JOHN J. SENKA O/B/O John V. Senka
CAROLA DANCE O/B/O John V. Senka
Against
ARKPORT CENTRAL SCHOOL DISTRICT

SUMMONS

ACTION FOR A DAMAGES IN TORTS, PUNATIVE DAMAGES, FINANCIAL DAMAGES

To the above named Defendant: ARKPORT CENTRAL SCHOOL DISTRICT, mailing address PO Box 70, Arkport, NY 14807-0070

**YOU ARE HEREBY SUMMONED AND REQUIRED TO RESPOND** to the claim for the relief sought by the Plaintiff by filing with the Court and serving a written Answer within 20 days on the Plaintiff's attorney, at the address as follows John Senka Telephone number (607) 368-3461 and Carol A. Dance , 4 E. Washington Street, Bath, NY 14810: Telephone number (607)368-6594 . for the following relief: Financial, punitive damages, equitable relief and tort damage liability, in the amount of $1,000,000.00 per Plaintiff, or more, as the judge or jury may decide.

If this Summons and Complaint are served upon you within the State of New York by personal service you must respond within 20 days after service, not counting the day of service. If this Summons and Complaint are not personally delivered to you within the State of New York, you must respond within 30 days after the service is completed, as provided by law.

Jurisdiction and venue are proper in Steuben County, NY because both the Plaintiff's residence and the Defendant School District is located in Steuben County, New York, and the harm took place in the state of New York. The Plaintiff has resided in New York for more than 2 years.

The basis for subject matter jurisdiction and granting of the relief requested are New York The New York State Constitution, The United States Constitution, slander and libel statutes of the state of New York, and laws regarding those owing a duty, negligence in hiring and supervision and training

standards, regulations, statutes and case law, as well as other applicable statutes and case law, as well as the following sources of law applicable: The New York State Constitution, the US Constitution, NY Case law and statutes.

Dated: April ____, at Bath , New York.

_________________________ Date _________________________, 2024

John Senka

_________________________ Date _________________________, 2024

Carola Dance

SUPREME COURT
STATE OF NEW YORK
COUNTY OF STEUBEN

COPY

Index No.: 2024-0398CV

In the Matter of the Claim of Notice of Claim
JOHN SENKA
CAROLA DANCE
JOHN J. SENKA O/B/O John V. Senka
CAROLA DANCE O/B/O John V. Senka
Against
ARKPORT CENTRAL SCHOOL DISTRICT

COMPLAINT

STEUBEN COUNTY CLERK'S OFFICE
2024 APR -9 P 1:14

We, John Senka and Carola L Dance, make the following Complaint, which we swear is true under penalty of perjury:

1) The Plaintiff John Senka resides or has a place of business or mailing address at John Senka, 4 E. Washington Street, Bath, NY 14810 : Telephone number (607) 368-3461

2) The Plaintiff Carola Dance resides at or has a place of business or mailing address at John Senka, 4 E. Washington Street, Bath, NY 14810: Telephone number (607)368-6594.

3) The Defendant is ARKPORT CENTRAL SCHOOL DISTRICT, mailing address PO Box 70, Arkport, NY 14807-0070

4) The Plaintiffs have a child in common, namely John V. Senka who attends the Arkport Central School, and attended at the relevant time in question.

5) The basis for jurisdiction is that both the Plaintiff's residence and the Defendant,s physical location are located in Steuben County, New York, and the harm took place in the state of New York. The

Plaintiff has resided in New York for more than 2 years.

6) The events leading up to the punitive actions against the child in question took place in Alleghany County, NY, however the harm to the child and the parents took place in Steuben County, NY. Thus Steuben County is the proper venues.

FOR A FIRST CAUSE OF ACTION, VIOLATION OF CIVIL RIGHTS, John V. Senka:

(7) John V. Senka, a student at the Arkport Central School District was harmed in that his 1st Amendment Rights violated. The student punished for protected speech.

(8) On 1/12/2024, John V. Senka was dismissed from school. He was suspended for saying "Beans, Broccoli, and Corn" while off school grounds, specifically:

i. On or about January 12th 2024 John V. Senka was on a ski lift at a commercial establishment known as Swain Resort located at 2275 County Road 24, Swain, NY 14884-9717 which is in Allegany County across the street from residential real property owned by his parents.

ii. The Arkport School District happened to have a ski event there for some students at the same time.

iii. John V. Senka was in no way a part of that excursion, he did not pay for any such excursion, he was not being supervised by school employees, volunteers or chaperons, nor did the school pay for any part of John V. Senka's activities.

iv. John V. Senka and some friends from school decided to ride a ski lift together where the "Beans, Broccoli and Corn" comment was made. These words do not fall under any exception to free speech protections.

v. For reasons that are still unclear, the school employee(s) deemed this comment to be racist resulting in the suspension noted above.

vi. There is considerable distance between the chair lifts, and the alleged "victim" is unlikely to have even heard the statement “Beans, Broccoli, and Corn”.

(9) Subsequent to this incident, John V. Senka was suspended from school for making the allegedly racist comment "Beans, broccoli, and corn."

(10) I, John Senka contacted/complained about my son's discipline/suspension to/notified: Jesse Harper and Claire Smith who are employed by the school as Superintendent and Principal.

(11) On or about February 13, 2024 I went to an Arkport School District School Board meeting to address this issue. I did not receive any satisfaction.

(12) Upon information and belief, John V. Senka was suspended He was “Around or in the Vicinity” of ACS Students, and was therefore was punished along with children who were on the school excursion.

(13) Whether on an excursion or not, and he was not, the phrase "Beans, Broccoli and Corn" is objectively not racist.

(14) While I do not condone speech which is racist, and deny such speech occurred, such speech is protected speech under the first amendment.

(15) The items of damage or injuries claimed to have been sustained so far as then practicable to determine are consultation fees for and attorney, further fees to hire an attorney, harm to reputation of the child and his parents, chilling effect on normal childish speech, trauma of a child being labeled a racist, loss of family income due to the loss of reputation, and other damages as set forth herein.

(16) The defendants are liable for a violation of John V. Senka's free speech rights.

FOR A SECOND CAUSE OF ACTION, NEGLIGENT STAFFING, NEGLIGENT SUPERVISION OF STAFF, FAILURE TO PROPERLY TRAIN STAFF:

(17) I repeat and reiterate everything above as if set forth herein. Additionally The defendants are liable for, negligent staffing, negligent supervision of staff, failure to properly train staff, intentional tort, and any other claim fitting the circumstances allowed by law, malicious prosecution and suspension, harm to the reputation of the child and his parents, all damages of which are estimated to be in excess of one million dollars potentially, depending on how long said harm continues.

(18) The staff was negligently hired, trained and supervised because the suspended our son for saying "Beans, Broccoli, and Corn", alleging with absolutely no merit or evidence he is racist, and/or that he made a racist comment, and causing him and we as his parents great emotional anguish and loss of reputation for our son and for us as our reputation in the community which has been tarnished with allegations of racism.

(19) John Senka has a small business in the community and in general people do not want to do business with racists. The court can take judicial notice of the generally known phenomena of "cancel culture" wherein a person believed to be racist is boycotted and finished career wise. This harm or potential harm is of unknown financial value at this time.

AND FOR A THIRD CAUSE OF ACTION SLANDER/LIBEL

(20) I repeat and reiterate above everything as if set forth herein.

(21) Saying someone is a racist is a very grave and serious matter. Our son and by extension our family was tarnished with this label because our son was suspended for saying "Beans, broccoli and corn" which the staff of the Arkport Central School District for reasons known only to them deemed racist and offensive, labeled John V. Senka as such and suspended him for his allegedly racist speech.

(22) Being incorrectly labeled racist has cause John V. Senka irreparable harm to his reputation.

(23) The parents of John V. Senka have irreparable harm to their reputation.

____________________ Date 4-9, 2024 ____________________ Date 4.9, 2024
John Senka Carola Dance

VERIFICATION

STATE OF NEW YORK
COUNTY OF STEUBEN

John Senka, being duly sworn, says that he is a plaintiff in the above-named proceeding and that he has read the the foregoing document, is true to his own knowledge, except as to matters therein stated to be alleged on information and belief and as to those-matters he believes it to be true.

____________________
John J. Senka

STATE OF NEW YORK

COUNTY OF STEUEBN

On the 9 day of April ,2024 before me came and appeared to me John J. Senka known and known to me to be the person who executed this COMPLAINT and who

____________________
Notary Public

Kathryn J Criss
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01CR6149492
Qualified in Steuben County
My Commission Expires: July 10, 2026

VERIFICATION

STATE OF NEW YORK
COUNTY OF STEUBEN

Carola Dance, being duly sworn, says that she is a plaintiff in the above-named proceeding and that she has read the the foregoing document, is true to her own knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters she believes it to be true.

Carola Dance 4.9.24

STATE OF NEW YORK

COUNTY OF STEUEBN

On the 9 day of April ,2024 before me came and appeared to me Carol A. Dance known and known to me to be the person who executed this Complaint and who acknowledged to me that she executed the same.

Notary Public

Kathryn J Criss
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01CR6149492
Qualified in Steuben County
My Commission Expires: July 16 2026